IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PHILLIP C. LATHROP,

                Petitioner,                      JUDGMENT IN A CIVIL CASE

v.                                                Case No. 12-cv-28-bbc

UNITED STATES OF AMERICA,

                Respondent.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that petitioner Phillip C. Lathrop's motion for post conviction relief under 28 U.S.C. § 2255 is DENIED.


_____                                      4/11/2012
Peter Oppeneer, Clerk of Court                        Date